IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT P. ANGIOLILLO,<br><br>          Plaintiff,<br>v.<br><br>JEFFREY S. LITWIN, JOEL MORGANROTH, STEPHEN S. PHILLIPS, KLAUS P. BESIER, GERALD A. FAICH, ELAM M. HITCHNER, STEPHEN M. SCHEPPMANN, GENSTAR CAPITAL, LLC, GENSTAR CAPITAL PARTNERS VI, L.P., EXPLORER HOLDINGS, INC., EXPLORER ACQUISITION CORP., AND ERESEARCHTECHNOLOGY, INC.<br><br>          Defendants. | Civil Action<br><br>No. 2:12-cv-02768 |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

    Plaintiff Vincent P. Angiolillo, Defendants Jeffrey S. Litwin, Joel Morganroth, Stephen S. Phillips, Klaus P. Besier, Gerald A. Faich, Elam M. Hitchner, Stephen M. Scheppman, and eResearchTechnology, Inc., and Defendants Genstar Capital, LLC, Genstar Capital Partners VI, L.P., Explorer Holdings, Inc., Explorer Acquisition Corp., by their undersigned counsel, hereby request that all claims and causes of action be dismissed with prejudice with regards to the above-captioned matter. In support thereof, the parties state as follows:

    1.  The parties to the above-captioned action, and all related actions pending in other courts, including the first-filed and consolidated action pending in the Court of Chancery of the State of Delaware (the "Delaware Action"), have entered into an October 15, 2012 Stipulation and Agreement of Compromise, Settlement and Release ("Stipulation") (a copy of which is attached hereto as Exhibit A).

2.  The Stipulation requires the parties to submit, within five (5) business days of the entry of the Order and Final Judgment in the Delaware Action, appropriate papers in the above-captioned action, stipulating to and requesting dismissal of this action with prejudice.

3.  The Court of Chancery of the State of Delaware approved the Stipulation and the settlement contemplated thereby and dismissed with prejudice the Delaware Action in its entirety in a January 30, 2013 Order and Final Judgment (a copy of which is attached hereto as Exhibit B).

WHEREFORE, in consideration of the foregoing, the parties hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims and causes of action are hereby dismissed with prejudice with regards to the above-captioned matter.

Date: February __, 2013

| | |
|---|---|
| /s/ Vincent A. Coppola | /s/ Benjamin J. Eichel |
| Vincent A. Coppola | Robert L. Hickok (PA Attorney I.D. 30101) |
| PRIBANIC & PRIBANIC | Gay Parks Rainville (PA Attorney I.D. 53192) |
| 513 Court Place | Benjamin J. Eichel (PA Attorney I.D. 307078) |
| Pittsburgh, PA 15219 | PEPPER HAMILTON LLP |
| (412) 281-8844 | 3000 Two Logan Square |
| vcoppola@pribanic.com | Eighteenth and Arch Streets |
| | Philadelphia, PA 19103-2799 |
| *Attorney for Plaintiff Vincent P. Angiolillo* | (215) 981-4000 |
| | hickokr@pepperlaw.com |
| | rainvilg@pepperlaw.com |
| | eichelb@pepperlaw.com |

*Attorneys for Defendants eResearchTechnology, Inc., Jeffrey S. Litwin, Joel Morganroth, Elam M. Hitchner, III, Stephen S. Phillips, Gerald A. Faich, Stephen M. Scheppmann, and Klaus P. Besier*

/s/ Richard A. Ejzak
Richard A. Ejzak (PA Attorney I.D. 56699)

-2-

Leah R. Imbrogno (PA Attorney I.D. 309450)
COHEN & GRIGSBY, PC
625 Liberty Avenue
Pittsburgh, PA 15222
(412) 297-4900
rejzak@cohenlaw.com
limbrogno@cohenlaw.com

*Attorneys for Defendants Genstar Capital, LLC, Explorer Holdings, Inc. and Explorer Acquisition Corp.*

**APPROVED BY THE COURT:**

Date: 2/6/13

_____
Michael M. Baylson, J.